```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      :    CRIMINAL ACTION
                               :    NO. 11-189
     v.                        :
                               :
LIOUDMILA NOVIKOV              :
                               :
_____:
                               :
UNITED STATES OF AMERICA,      :    CRIMINAL ACTION
                               :    NO. 12-112-01-02
     v.                        :
                               :
PATRICIA MCGILL &              :
NATALYA SHVETS.                :
```

**ORDER**

**AND NOW**, this **30th** day of **August, 2022,** upon consideration of Defendants' motions to declare restitution satisfied (No. 11-cr-189, ECF No. 47; No. 12-cr-112, ECF Nos. 462, 473), and all responses thereto, it is hereby **ORDERED** that the motions (No. 11-cr-189, ECF No. 47; No. 12-cr-112, ECF Nos. 462, 473) are **DENIED** for the reasons stated in the accompanying memorandum. It is further **ORDERED** as follows:

1) The motions for an accounting filed by Defendants McGill and Shvets (No. 12-cr-112, ECF Nos. 466, 473) are **DENIED as moot** for the reasons stated in the accompanying memorandum.

2) Defendant Shvets' motions for show cause order (No. 12-cr-112, ECF Nos. 508, 511) and motion to compel (No. 12-cr-112, ECF No. 514) are **DENIED.**

**AND IT IS SO ORDERED.**

                                       */s/ Eduardo C. Robreno*
                                       **EDUARDO C. ROBRENO, J.**