IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | NO. 11-189 |
| v. | : | |
| | : | |
| LIOUDMILA NOVIKOV | : | |
| _____ | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | NO. 12-112-1 |
| v. | : | |
| | : | |
| PATRICIA MCGILL. | : | |

**ORDER**

**AND NOW**, this **17th** day of **October, 2022**, upon consideration of Defendant Novikov's Motion for Reconsideration of the Court's Order Denying Her Motion to Declare Her Restitution Satisfied (ECF No. 58, 11-cr-189) and Defendant McGill's Motion to Join Novikov's Motion for Reconsideration (ECF No. 545, 12-cr-112), it is hereby **ORDERED** that said Motions are **DENIED**.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**